**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AMANDA ZIGLAR, individually and on behalf of the estate of Gary Bruney** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 17-11974** |
| **PRIDE MOBILITY PRODUCTS CORPORATION** | **SECTION: "G" (1)** |

## ORDER

Before the Court is Plaintiff Amanda Ziglar's ("Plaintiff") unopposed "Motion to Remand." [1] This case was removed by Defendant Pride Mobility Products Corporation on November 7, 2017, pursuant to 28 U.S.C. § 1332 based on complete diversity of citizenship.[2] On August 7, 2018, the Court granted Plaintiff's unopposed motion for leave to file an amended complaint to add Georgette Rodriguez, a Louisiana citizen, and Crank Systems, LLC, a Louisiana corporation, as defendants in this matter.[3]

Pursuant to 28 U.S.C. § 1447(e), "[i]f after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court." Here, the Court has permitted joinder of defendants who destroy subject matter jurisdiction over the case. Accordingly,

---

[1] Rec. Doc. 69.

[2] Rec. Doc. 1.

[3] Rec. Doc. 65.

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to Remand"[4] is **GRANTED** and this matter is remanded to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

**NEW ORLEANS, LOUISIANA**, this  31st  day of August, 2018.

                    **NANNETTE JOLIVETTE BROWN**
                    **CHIEF JUDGE**
                    **UNITED STATES DISTRICT COURT**

---

[4] Rec. Doc. 69.